UNITED STATES of America,
Plaintiff—Appellee,

v.

Helen Debbie KIPP, Defendant—
Appellant.

No. 06–30065.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 17, 2006.

Filed Aug. 28, 2006.

Before: REAVLEY,* PREGERSON, and CALLAHAN, Circuit Judges.

\* The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

ORDER **

The judgment of the district court is AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this Circuit except as provided by Ninth Circuit Rule